3  DAVID L. OSIAS (BAR NO. 091287)
   LORAINE L. PEDOWITZ (BAR NO. 120614)
4  ALLEN MATKINS LECK GAMBLE & MALLORY LLP
   501 West Broadway, Ninth Floor
5  San Diego, California 92101-3577
   Phone:  (619) 233-1155
6  Fax:  (619) 233-1158

7  Attorneys for Receiver Thomas F. Lennon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS F. LENNON, as Receiver for The Rose Fund, LLC, The Rose Fund, Inc., and TRF Holdings, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> EVAN MEAD STONE, <br><br> Defendant. | Case No.  C 04-04601 WHA <br><br> STIPULATION TO EXTEND DISCOVERY CUTOFF AND RELATED DATES; ORDER THEREON |

Plaintiff, Thomas F. Lennon, as Receiver for The Rose Fund, LLC, The Rose Fund, Inc., and TRF Holdings, Inc. ("Lennon") and defendant, Evan Mead Stone ("Stone"), stipulate as follows:

1.   On or about February 10, 2005, this Court issued its Case Management Order and reference to ADR Unit for Mediation setting forth deadlines for, iter alia, fact discovery, expert discovery, and pre-trial motions.

2.   Lennon and Stone, as well as a representative of Stone's insurer participated in mediation on May 12, 2005.  The session did not result in a settlement.  On July 6, 2005, Stone's insurer initiated a declaratory relief action requesting a finding that it had no duty to indemnify Stone, or any other party.

**Allen Matkins Leck Gamble & Mallory** LLP
*attorneys at law*

STIPULATION TO EXTEND DISCOVERY CUTOFF
AND RELATED DATES; ORDER THEREON
630850.01/SD

Case No.  C 04-4601-WHA

3. As a result of the declaratory relief action, the parties believe that another attempt at mediation may be beneficial. In addition, due to the pending criminal investigations against the former principals of Rose Fund, issues have arisen as to whether Stone's deposition testimony will be impeded by the assertion of various privileges. Continuing the various discovery deadlines would allow the parties to pursue mediation before incurring substantial expert costs and allow time to address privilege issues with respect to Stone's testimony. The parties are *not* requesting a delay in the trial date.

## STIPULATION

Lennon and Stone hereby stipulate to continuing the following deadlines:

| Continued Date | Description |
|---|---|
| 10/3/05 | Discovery cut off/ last date to designate experts and opening reports |
| 10/17/05 | Last date rebuttal experts and "opposition reports" |
| 10/24/05 | Last date expert "reply reports" |
| 11/07/05 | Expert discovery cutoff |
| ~~11/14/05~~ 10/27/05 | Last date to file dispositive motions before trial (no motions shall be heard more than 35 days after this deadline) |

Counsel for Lennon hereby attests that the content of this stipulation is acceptable to all persons required to sign.

Dated: September 2, 2005        ALLEN MATKINS LECK GAMBLE & MALLORY LLP

By: /s/ Loraine L. Pedowitz
    LORAINE L. PEDOWITZ
    Attorneys for Receiver Thomas F. Lennon

Dated: September 2, 2005        MURPHY PEARSON, BRADLEY & FEENEY

By: /s/ James A. Murphy
    JAMES A. MURPHY
    Attorneys for Defendant Evan Mead Stone

Allen Matkins Leck Gamble & Mallory LLP
attorneys at law

STIPULATION TO EXTEND DISCOVERY CUTOFF
AND RELATED DATES; ORDER THEREON
630850.01/SD

Case No. C 04-4601-WHA

-2-

**ORDER**

Good cause appearing, it is hereby ordered that the discovery dates are continued as set forth above.

DATED: September 6, 2005

*IT IS SO ORDERED*
*Judge William Alsup*

JUDGE OF THE U.S. DISTRICT COURT

Allen Matkins Leck Gamble & Mallory LLP
attorneys at law

STIPULATION TO EXTEND DISCOVERY CUTOFF
AND RELATED DATES; ORDER THEREON
630850.01/SD

Case No. C 04-4601-WHA

-3-