IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. LENNON, as receiver for The Rose Fund, LLC; The Rose Fund, Inc.; and TRF Holdings, Inc., <br><br>    Plaintiff, <br><br>  v. <br><br>EVAN MEAD STONE, <br><br>    Defendant. | No. C 04-04601 WHA <br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

    The pretrial conference scheduled for January 3, 2006, is continued until 8 a.m., January 5, 2006, based upon defendant's request and defense counsel's representation of December 22, 2005, that plaintiff "is agreeable to this continuance."

    **IT IS SO ORDERED.**

Dated: December 23, 2005

                                                WILLIAM ALSUP <br>
                                                UNITED STATES DISTRICT JUDGE