United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DI-STRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. LENNON, Receiver, The Rose Fund, LLC, The Rose Fund, Inc., and TRF Holdings, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>EVAN MEAD STONE,<br><br>    Defendant. | No. C 04-04601 WHA<br><br>**DISMISSAL ORDER** |

    Pursuant to plaintiff's request and the settlement between the parties approved by the Court today, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE